# Court of Appeals, State of Michigan

## ORDER

People of MI v Lorinda Irene Swain

Docket No. 314564

LC No. 2001-004547-FC

Cynthia Diane Stephens
Presiding Judge

Joel P. Hoekstra

Patrick M. Meter
Judges

The Court orders that the December 11, 2014 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 05 2015

_____
Date

_____
Chief Clerk